**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF KANSAS**

Civil Action No. 10-cv-2419

GLADIS PERSON,

          Plaintiff,

v.

NCO FINANCIAL SYSTEMS, INC.,

          Defendant.

---

PLAINTIFF'S NOTICE OF ACCEPTANCE OF DEFENDANT'S
OFFER OF JUDGMENT PURSUANT TO FED.R.CIV.P. 68

---

To:   NCO FINANCIAL SYSTEMS, INC.
     c/o Richmond M. Enochs
     WALLACE, SAUNDERS, AUSTIN, BROWN & ENOCHS
     10111 West 87th Street
     Overland Park, KS 66212
     (913) 888-1000, telephone
     (913) 888-1065, fax

       You are hereby notified that the Plaintiff, Gladis Person, by counsel, accepts Defendant's Offer of Judgment pursuant to FED.R.CIV.P. 68 served upon the Plaintiff by the Defendant, NCO Financial Systems, Inc. and attached as Exhibit 1.

                         Respectfully submitted,
                         Gladis Person
                         By Counsel,

                         _s/ J. Mark Meinhardt_____
                         J. Mark Meinhardt, #20245
                         4707 College Blvd. Ste. 100
                         Leawood, KS 66211
                         (913) 451-2113
                         Attorney for Plaintiff

-2-

## CERTIFICATE OF SERVICE

I hereby certify that on February 1, 2011, I electronically filed the foregoing PLAINTIFF'S NOTICE OF ACCEPTANCE OF DEFENDANT'S OFFER OF JUDGMENT PURSUANT TO FED.R.CIV.P. 68 with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following e-mail address:

Richmond M. Enochs                      Paul M. Croker
rme@wallacesaunders.com       pcroker@wallacesaunders.com


I hereby certify that on February 1, 2011, a copy of the PLAINTIFF'S NOTICE OF ACCEPTANCE OF DEFENDANT'S OFFER OF JUDGMENT PURSUANT TO FED.R.CIV.P. 68 along with the Defendant's Offer of Judgment attached as Exhibit 1 was faxed to (913) 888-1065 and mailed via first class United States Mail, postage prepaid, to the following interested parties:

NCO FINANCIAL SYSTEMS, INC.
c/o Richmond M. Enochs
WALLACE, SAUNDERS, AUSTIN, BROWN & ENOCHS
10111 West 87th Street
Overland Park, KS 66212


/s/Sherri S. Fisher
Sherri S. Fisher
Assistant to J. Mark Meinhardt