IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

Civil Action No. 10-cv-02419-EFM-DJW

Gladis Person,

        Plaintiff,

v.

NCO Financial Systems, Inc.,

        Defendant.

## MOTION FOR ORDER OF JUDGMENT INCLUDING ATTORNEYS FEES AND COSTS

COMES NOW the Plaintiff, by and through her counsel, J. Mark Meinhardt, and hereby submits this Motion for Attorneys Fees and Costs to be assessed against the Defendant. In support of this motion, the Plaintiff states as follows:

1. Plaintiff brought claims against the Defendant pursuant to the Fair Debt Collection Practices Act, 15 U.S.C. § 1692 *et seq.*

2. The Fair Debt Collection Practices Act directs that attorney's fees and costs be awarded to a Plaintiff that successfully enforces an action, 15 U.S.C. § 1692k(a)(3).

3. On February 1, 2011, the Plaintiff accepted a Fed.R.Civ.P. 68 Offer of Judgment from the Defendant in the amount of $1,250.00 plus reasonable attorney's fees and costs. The Plaintiff filed the Offer of Judgment and the Plaintiff's Notice of Acceptance of the Offer of Judgment with the Court the same day.

4. The Court has not yet entered judgment against Defendant pursuant to the accepted Offer of Judgment, awaiting a motion or agreement on attorney fees and costs.

5. Having been successful in the action enforcing liability against the Defendant, the Plaintiff now seeks reasonable attorney's fees in the amount of $ 4,200.00, representing 16.8 hours charged by Mr. Meinhardt at the rate of $250.00 per hour pursuant to 15 U.S.C. § 1692k(a)(3) and the Fed.R.Civ.P. 68 Offer of Judgment from the Defendant accepted by the Plaintiff and filed with the Court on February 1, 2011.

6. Having been successful in the action enforcing liability against the Defendant, the Plaintiff now seeks reasonable costs in the amount of $ 355.71, which include a filing fee of $350.00 and a certified mail service fee of $ 5.71, pursuant to 15 U.S.C. § 1692k(a)(3) and the Fed.R.Civ.P. 68 Offer of Judgment from the Defendant accepted by the Plaintiff and filed with the Court on February 1, 2011.

7. The attorney's fees and time spent by Plaintiff's counsel on this matter prior to receiving the Fed.R.Civ.P. 68 Offer of Judgment from the Defendant are as follows:

7/21/2010 Meet with client at her home re: FDCPA violation investigation, record voicemails from Defendant 1.5

7/27/2010 review notes of investigation, listen to recordings, draft and file Complaint 2.2

8/4/10 review and approve service return 0.1

8/16/10 review email with Mariah Rabieh's request for account information, listen to recordings to ascertain NCO account #, reply email with requested information 0.8

8/17/10 review and respond to Rabieh's email request for Clerk's extension 0.2

8/18/2011 review Enochs and Croker Entry of Appearances, review Clerk's order extending time for Defendant to Answer 0.2

8/20/10 review email from Rabieh, check account information again, respond to email 0.3

9/2/2010 review Answer to Complaint and Affirmative Defenses, check responses against Complaint, review corporate disclosure statement 1.2

10/1/10 review email from Rabieh re: client's social security number, telephone conf client re: same and case status, respond to Rabieh re: social security number 0.7

10/7/10 review initial scheduling order 0.3

11/8/10 draft proposed Rule 26(f) report, email to Enochs & Croker 1.0

11/15/10 review redlined draft of 26(f) report from Croker, convert and email to Judge Waxse 0.5

11/22/10 prepare for and participate in Rule 26(f) conference, draft opening discovery requests 1.9

11/24/10 review scheduling order and discuss with assistant 0.5

12/6/10 review case file and email good faith settlement offer to Encohs, Croker 0.7

12/13/10 review Defendant's settlement counterproposal, telephone conf client re: same 0.3

12/22/10 email settlement report to Judge Waxse, draft initial disclosures and email to Enochs & Croker 0.5

12/29/10 review protective order 0.3

1/8/2011 review Defendant's discovery responses with extensive documentation, telephone conf client re: same and case status 3.5

1/25/10 email Enochs & Croker re: mediation 0.1

1/25/10 Offer of Judgment recieved

**Total Attorneys Fees: 16.8 hours at $250.00  =         $ 4.200.00**

9.  The costs for J. Mark Meinhardt, Esq. for the above captioned case amount to a total of $435.00. The costs are detailed as follows:

    A.  Court Filing Fee                                              $ 350.00
    B.  Process Service Fee                                           $   5.71

**Total Costs:                                                        $ 355.71**

10. The total amount requested for Attorney's fees and costs is **$ 455.71** to be added to the current Offer of Judgment of **$1,250.00** for a total Judgment amount of **$ 5805.71** plus post-judgment interest and any additional amounts as determined by the Court.

11. Counsel for the parties have attempted to resolve the attorney fees and costs issue, but have not been successful.

WHEREFORE the Plaintiff prays that the Court enter an Order that reasonable attorney's fees and costs in the amount of **$ 455.71** be added to the current Judgment of **$1,250.00** and that a Judgment be entered in favor of the Plaintiff and against the Defendant in the amount of **$ 5,805.71** plus post-judgment interest and any additional

amounts as determined by the Court.

RESPECTFULLY submitted this **day of February, 2011.

                                                 _s/ J. Mark Meinhardt_
                                                 J. Mark Meinhardt #20245
                                                 4707 College Blvd. Ste. 100
                                                 Leawood, KS  66211
                                                 913-451-9797
                                                 Attorney for the Plaintiff

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this **th day of February, 2011, I filed the foregoing Motion for Attorney Fees and Costs with the Clerk of the Court's CM-ECF System which will send notice of this filing to all those entered on the Court's ECF system for the instant case.



                                                 _s/ J. Mark Meinhardt_